**PEOPLE CAB CO., a corporation quali-
fied as a public utility under the laws
of the Commonwealth of Pennsylvania,
et al., Appellants,**

v.

**George I. BLOOM.**

No. 71–1989.

United States Court of Appeals,
Third Circuit.

Submitted Oct. 3, 1972.

Decided Oct. 20, 1972.

Harry Alan Sherman, Pittsburgh, Pa.,
for appellants.

Milton W. Lamproplos, Eckert, Sea-
mans, Cherin & Mellott, Pittsburgh, Pa.,
for appellee.

Before SEITZ, Chief Judge, and
HASTIE and HUNTER, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

This is a suit for damages under the
Civil Rights Act, 42 U.S.C. § 1983,
brought by a certificated taxicab com-
pany and its sole stockholders against
the Chairman of the Pennsylvania Pub-
lic Utilities Commission. After the
plaintiffs had amended their original
complaint, the district court, 330 F.Supp.
1235, granted a motion to dismiss. The
plaintiffs have appealed.

We agree with the district court that
so much of the complaint as alleges in
substance that the defendant has slan-
dered the plaintiffs and their business
does not assert the violation of any
right protected by the Civil Rights Act.
The district court also ruled that the
other allegations of the complaint lacked

"the factual specificity required to support a cause of action under the Civil Rights Act." That ruling was correct.

Finally, while the original complaint was dismissed "without prejudice," the order appealed from is not so limited. No reason appears for affording the plaintiffs another opportunity to plead after twice failing to make an adequate factual statement of any basis for relief.

The judgment will be affirmed.